ATLANTIC CASUALTY INSURANCE COMPANY, PLAINTIFF-RESPONDENT, v. WARNOCK BROTHERS, INCORPORATED, DEFENDANT-APPELLANT.

Submitted May 27, 1938—Decided September 16, 1938.

For the appellant, *Edward Farry, Jr.* (*Theodore D. Parsons* and *Theodore J. Labrecque,* of counsel).

For the respondent, *Ira J. Katchen.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, BODINE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 9.

*For reversal*—THE CHIEF JUSTICE, PARKER, HEHER, PERSKIE, WALKER, JJ. 5.